UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY SIEGEL,<br><br>    Plaintiff,<br><br>  vs.<br><br>BNSF RAILWAY, Co.,<br><br>    Defendant. | NO.  CV-11-0411-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

    The parties have filed a Stipulation for Dismissal with Prejudice (ECF No. 15) wherein they state the matter has been resolved. Pursuant to the Stipulation, the Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint (ECF No. 1) and the claims therein without costs or attorneys fees to any party.

    The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

    **DATED** this 30th day of June 2012.

                            s/ Justin L. Quackenbush
                          JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1