AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

STANLEY SIEGEL,

                  Plaintiff,

           v.

BNSF RAILWAY CO.,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-0411-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation for Dismissal with Prejudice, a judgment of dismissal with prejudice of the Complaint and the claims therein without costs or attorneys fees to any party.

July 2, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Linda Emerson  
*(By) Deputy Clerk*  
Linda Emerson